IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ADAM JONES,<br><br>        Plaintiff,<br><br>v.<br><br>KAMAS CITY,<br><br>        Defendant. | **MEMORANDUM DECISION & ORDER**<br><br><br>Case No. 2:17-cv-815-CW<br><br>Judge Clark Waddoups |

This matter is before the court on Defendant Kamas City's Motion for Judgment on the Pleadings. (ECF No. 20.) The Honorable Clark Waddoups held a hearing on the motion on March 29, 2018. Daniel Baczynski appeared on behalf of Plaintiff Adam Jones, and Britton Butterfield appeared on behalf of Defendant. After due consideration of the parties' filings and oral arguments, and otherwise being fully advised,

IT IS HEREBY ORDERED, for the reasons stated on the record based on *Christensen v. Juab School District*, 2017 UT 47 (Utah 2017), and *Acor v. Salt Lake City School District*, 247 P.3d 404, 2011 UT 8 (Utah 2011), that Defendant's motion (ECF No. 20) is GRANTED as to the two stipulated counts (*see* Jones's Response Brief, p. 2 n.1, ECF No. 21) and DENIED as to the official misconduct count.

IT IS FURTHER ORDERED that the parties' dispositive motions shall be filed on or before Friday, June 29, 2018. If no dispositive motions are filed, a status conference will be held on Monday, July 16, 2018, at 2:45 before Judge Waddoups. It is contemplated that no further discovery is needed. If that should change, the parties may raise the issue before the court.

SO ORDERED this 29th day of March, 2018.

BY THE COURT:

_Clark Waddoups_
Clark Waddoups
United States District Judge