# UNITED STATES DISTRICT COURT
# STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ADAM JONES, <br><br> Plaintiff, <br><br> vs. <br><br> SUMMIT COUNTY, DAVID EDMUNDS, KAMAS CITY; <br><br> Defendants. | **CLARIFIED MEMORANDUM DECISION AND ORDER** <br><br><br> Case No. 2:17-cv-00815 <br><br> Judge Clark Waddoups |

This matter is before the court on Defendant Kamas City's Motion for Judgment on the Pleadings. (ECF No. 20.) The Honorable Clark Waddoups held a hearing on the motion on March 29, 2018. Daniel Baczynski appeared on behalf of Plaintiff Adam Jones, and Britton Butterfield appeared on behalf of Defendant. After due consideration of the parties' filings and oral arguments, and otherwise being fully advised,

IT IS HEREBY ORDERED, for the reasons stated on the record based on *Christensen v. Juab School District*, 2017 UT 47 (Utah 2017), and *Acor v. Salt Lake City School District*, 247 P.3d 404, 2011 UT 8 (Utah 2011), that Defendant's motion (ECF No. 20) is granted as to the two stipulated counts (*see* Jones's Response Brief, p. 2 n. 1, ECF 21; Stipulated Motion to Clarify, ECF 68) and DENIED as to the official neglect and misconduct count.

IT IS FURTHER ORDERED that the parties' dispositive motions shall be filed on or before Friday, June 29, 2018. If no dispositive motions are filed, a status conference will

be held on Monday, July 16, 2018, at 2:45 before Judge Waddoups. It is contemplated that no further discovery is needed. If that should change, the parties may raise the issue before the court.

DATED this 30th day of May, 2018.

BY THE COURT:

Clark Waddoups
United States District Judge